## W. O. BURNS v. STATE.  (No. 12539.)

Court of Criminal Appeals of Texas.  Dec. 18, 1929.

J. L. Bird, of Walnut Springs, and W. E. Myres and Myres & Pressly, all of Fort Worth, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.  The offense is the unlawful possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for a period of 1½ years.
Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

## Roy BURT v. STATE.  (No. 13139.)

Court of Criminal Appeals of Texas.  Jan. 1, 1930.

J. A. Carlisle, of Sherman, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.  Conviction for theft; punishment, confinement in the penitentiary for five years.
We find in the record no statement of facts. The four bills of exception appearing cannot be appraised, without the presence of a statement of facts from which we might determine the effect of said bills, and the propriety of the argument complained of therein.
No error appearing in the record, the judgment will be affirmed.

HAWKINS, J., absent.

## Floyd LUCKET v. STATE.  (No. 12849.)

Court of Criminal Appeals of Texas.  Dec. 4, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.  Conviction for murder; punishment, two years in the penitentiary.
The record is here without bills of exception or statement of facts.  The indictment, the charge of the court, the judgment, and sentence are in proper form.
No error appearing, the judgment will be affirmed.

## Henry MACHALAK v. STATE.  (No. 13228.)

Court of Criminal Appeals of Texas.  Dec. 11, 1929.

T. B. Bartlett, of Marlin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.  The unlawful possession of intoxicating liquor for the purpose of sale is the offense; punishment fixed at confinement in the penitentiary for a period of one year.
Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## H. J. MURREY v. STATE.  (No. 13220.)

Court of Criminal Appeals of Texas.  Dec. 11, 1929.

Fred C. Chandler, of Stephenville, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.  Swindling is the offense; punishment fixed at confinement in the penitentiary for a period of two years.
Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.